CIVIL RIGHTS COMPLAINT (a Bivens claim)   DATE: 05/23/22

- CIVIL VIOLATION: FAILURE TO INVESTIGATE ALLEGATIONS ~~CHILD SEX OPERATION~~ /RESULTING UNCONSTITUT
  IN GOVERNOR RETALIATION / SPECIAL CIRCUMSTANCES / CIVIL RIGHTS STATUTES

- JURISDICTION: 28 U.S.C. §1331

- Bivens v. : (a Bivens Claim) ☑ FEDERAL OFFICIALS      2:22 CV 00943 TLN KJN

QUESTION?
DO I SERVE THE DEPT.? DO I SERVE INDIVIDUAL DEFENDANTS? OR WILL THE COURT (PROCESS SERVE) SERVE THE DEFENDANT(S)?

MARTIN LEE FOSTER,

PLAINTIFF.    ADDRESS: 1100 E 17th St. APT. 42
              MARYSVILLE, CA 95901

ROSEVILLE DEPT. FEDERAL BUREAU OF INVESTIGATIONS,     ADDRESS:

DEFENDANT(S),                                         2001 FREEDOM WAY
                                                      ROSEVILLE, CA 95678

## COMPLAINT

PARAGRAPH #1

I. SUBMITTED EVIDENCE IN LETTER'S (MARKED & SIGNED BY DEPUTY'S AS LEGAL MAIL) ADDRESSED TO THE DEFENDANT, WHILE INCARCERATED, (ON CASE No. 2020-225347) AT SACRAMENTO COUNTY MAIN JAIL.

PARAGRAPH #2

IN THE LETTER'S PERTAINED STRONG EVIDENCE, IN REGARDS TO AN INCIDENT, CONCERNING ALLEGATIONS THAT GOVERNOR GAVIN NEWSOM WAS INVOLVED IN A CHILDREN'S SEX OPERATION.

PAGE 1

PARAGRAPH #3

I, ELABORATED UPON, THE DAY I, ENTERED GOVERNOR NEWSOM'S ESTABLISHMENT, LOCATED ON THE CORNER OF J ST IN DOWNTOWN SACRAMENTO. INSIDE I, WITNESSED VARIOUS INDICATIONS THAT CHILDREN WERE BEING SEXUALLY ABUSED, AND RAPED. THE CIRCUMSTANCES OF THE ALLEGATIONS CALLED FOR URGENT INVESTIGATION.

PARAGRAPH #4

~~I, ~~

I, ALLEGE THAT THE DEFENDANT(S) FAILED TO INVESTIGATE, RESULTING IN RETALIATION BY GOVERNOR NEWSOM. IN THE RETALIATION CONSISTED OF EXTREME ABUSE OF POWER, LEADING TO I, BEING TERRORIZED. THE TERRORIZING ALLEGEDLY IS RECORDED IN THE GOVERNMENT. (TALKING THROUGH THE GOVERNMENT); THUS, CAUSING LIFE THREATENING SITUATIONS, HARDSHIP'S, MENTAL AND PHYSICAL AGONY, AND EXTREME TORTURE ACTS. EVIDENCE TO SUPPORT CLAIMS ARE POSTED ON SOCIAL MEDIA PROFILE'S SUCH AS:

- 1. INSTAGRAM
- 2. FACEBOOK
- 3. TWITTER

PARAGRAPH #5

ON APRIL 18th 2022, I, USED MY CELL PHONE (NUMBER (530) 430-2243) TO CALL THE DEFENDANT. AND FOLLOW UP, AND, GIVE NEW EVIDENCE CONCERNING INSTAGRAM AND TWITTER. BUT IN THE CONVERSATION, THE PHONE HUNG UP.

ON APRIL 19th, 2022, I, USED THE SAME CELL PHONE TO SEND A MESSAGE AND EVIDENCE FROM MY TWITTER ACCOUNT, TO THE DEFENDANTS DEPT., I, USED THE MESSAGE SYSTEM FROM +1 (916) 746-7000. I, ALSO TRYED TO MAKE A VIDEO CALL TO NO AVAIL. I, RECIEVE A REPLY TEXT SAYING "You've been invited to join a video call. Join: https://video.textnow.com/sm5s02skh". I CALLED &, SENT ONE MORE MESSAGE, ~~AND BAITED~~, BUT I, HUNG UP, BECAUSE I WAS BUSY WRITING THIS CIVIL RIGHTS COMPLAINT UNDER EXTREME HARRASSMENT.

PARAGRAPH 9

ON APRIL 23, 2022 I, FOUND ON MY CELL PHONE (530) 430-2243) TWO (2) TWITTER APP'S LOOKING IDENTICAL. I, SENT A VIDEO SCREEN SHOT TO THE DEFENDANT'S MESSAGE THROUGH THE DEPT. PHONE NUMBER. I, ALLEGE¹ OF THE COUNTERFEIT TWITTER APP'S MAY HAVE BEEN CREATED BY THE DEFENDANT(S). THE APP MAY HAVE BEEN CREATED TO REGULATE OR BLOCK COMMUNICATION

INJURY(S)

1. PSYCHOLOGICAL ANGUISH FROM A PRO-PEDOPHILE AND CALIFORNIA LEGISLATIVE BILL SB-145.
2. STRESS AND ANXIETY, EXTREME WORRY OF UNPROTECTED CHILDREN BEING SEXUALLY ABUSED AND RAPED.
3. STRESSFUL WORRIE FROM SERIOUS HARM AND VULNERABILITY.
4. FRUSTRATION FROM NEGLIGENCE OF CONFEDERATES
5. SHOCK OF VICTIMIZATION
6. FEAR
7. ANGER
8. HELPLESSNESS
9. VICTIMIZATION ANXIETY
10. DEPRESSION
11. IRRIBILITY STRESS
12. DRUG DEPENDENCY
13. HOMICIDAL MENTAL EPISODES BUT CONTROLLED DISENGAGING FROM THOUGHTS AND ACTIONS.
14. UNNECCESSARY NEGETIVE THOUGHTS

1

15. DISENGAGING FROM FRIENDS AND FAMILY CAUSING SADNESS, LONELINESS, AND DEPRESSION

16. DISENGAGING FROM SELF-WELFARE RESPONSIBILITY'S

17. DISENGAGING FROM ENTREPRENEURIAL FOCUS-STRESS OF FINANCIAL LOSE

18. DISENGAGING FROM RELATIONSHIP'S SEXUAL FRUSTRATION

19. DEMOCRATIC PHOBIA DEPRESSION, DISAPPOINTMENT, FEAR

20. SERIOUS NERVISNESS CAUSED BY DEFENDANT AND GOVERNOR RETALITION

21. WORRY AND FEAR FROM LACK OF PROTECTION

22. PSORIATIC ARTHRITIS EXTRA UNNECCESSARY STRESS FIARE UP'S

23. UNNECCESSARY PHYSICAL ACTIVITY INCREASING PSORIATIC ARTHRITIS JOINT DAMAGE.

24. DISENGAGING FROM PSORIATIC ARTHRITIS TREATMENT

25. EXTREME STRESS CAUSING AGONIZING PAIN JOINT FIARE UP'S

26. VICTIMHOOD (PTSD)

EXECUTED ON 04/19/2022

MARTIN LEE FOSTER
PETITIONER/PLAINTIFF NAME
AND
SIGNATURE: [signed]

2

## REQUESTED RELIEF

I. REQUEST RELIEF IN THE AMOUNT OF: $ ~~1,000,000,000.00~~ $100,500,000.00
FIVE     ONE HUNDRED MILLION FIVE HUNDRED THOUSAND AND ZERO
~~ONE BILLION DOLLARS AND ZERO CENTS~~

## "JURY TRIAL DEMANDED"

EXPLAINATION FOR THESE CLAIM'S, BASED FOR RELIEF, ARE THE RESULTS OF THE DEFENDANT, ALLEGEDLY FAILING TO INVESTIGATE ALLEGATION.

EXECUTED ON: TUE APRIL 19th 2022 - UPDATED ON: MON MAY 23rd 2022

MARTIN LEE FOSTER
PETITIONER/PLAINTIFF'S NAME
AND
SIGNATURE



FEDERAL BUREAU OF INVESTIGATION
4500 ORANGE GROVE AVENUE

MARTIN LEE FOSTER
D.O.B. 02/12/1980
FEDERAL EVIDENCE
COMPLETE SUMMARY

# FOSTER, MARTIN

## GOVERNOR GAVIN NEWSOM'S ESTABLISHMENT

I, MARTIN LEE FOSTER, SUBMIT EVIDENCE TO OR NOTE AN ACTUAL EVENT, WHICH TAKES PLACE INSIDE GOVERNOR GAVIN NEWSOM'S ESTABLISHMENT. THE RECAP IN DETAIL DATES BACK A LONG TIME IN MY LIFE, BUT THE MEMORY IS HAUNTING AND STILL VIVID....

IT WAS A LATE EVENING. I WAS AT THE SHERATON LA HOTEL AND TOOK A WALK NORTH OF DOWNTOWN. I STOPPED AT THE CORNER OF 7TH, AND MADE A RIGHT GOING EAST. I CAME TO THE NEXT CORNER, BY THE LAST BUILDING TO THE RIGHT. THE BUILDING HAD DARKLY TINTED WINDOWS IMPOSSIBLE TO SEE THROUGH.

STANDING AT THE ENTRANCE, STOOD A YOUNG SORORAN WOMAN IN HER MID TO EARLY 30'S. FRIENDLY BUSINESS TO THE BUILDING INQUIRED BY A BRIEF HELLO. I LET HER KNOW IF IT WAS OKAY TO ENTER, AND THAT I WAS A JR. NEWSOM ADVISOR. THE REASON I SAID THAT TO THE WOMAN, WAS BECAUSE IN LETTERS WRITTEN TO NEWSOM I HAD ASK TO BE HIRED AS A JR. NEWSOM ADVISOR. IT WAS A RANDOM THING TO SAY BUT CONSIDENTIALLY WAS AUTHORIZATION TO ENTER NEWSOM'S ESTABLISHMENT. THE WOMAN LOOKED BACK INSIDE, AND SAID TO SOME GUESTS "LET HIM IN, HE'S A NEWSOM".

INSIDE, I NOTICED A GROUP OF BLACKS STANDING IN A CIRCLE, LAUGHING AND SOCIALIZING. THERE WERE ALSO TWO WHITE MALES STANDING BY A SMALL BAR. AT A FAR CORNER TABLE I NOTICE A SENIOR WOMAN SITTING WITH 5 SMALL CHILDREN OF ALL DIFFERENT RACES.

THE BUILDING WAS DRESSED IN RED CARPETING. THE ROOF STRUCTURE WAS SHAPED LIKE A DOME WITH SEE THROUGH PANES. THERE WERE BROWN COLORED DOORS THAT WERE IN CONCERT WITH THE SHAPE OF THE ROOF, AND A RAMP THAT LED TO THE

ROOMS.

I WALKED TOWARDS THE CORNER TABLE WITH THE AFRICAN WOMAN AND CHILDREN. I WENT PASSED, BY MAKING A RIGHT GOING TO THE NEXT CORNER OF THE ESTABLISHMENT. I SAT AT THE DESK TABLE SURROUNDED BY 5 SITTING CHAIRS. MY BACK WAS FACING THE AFRICAN WOMAN AND CHILDREN. I STARTED USING TEXT FEATURES ON MY PHONE WHEN SUDDENLY IT BEGAN TO MALFUNCTION AND SCRAMBLE. IT APPEARED TO SHOW CHINESE WRITING OR WORDS. I SHUT OFF MY PHONE, THEN TURNED TO THE RIGHT AND NOTICED A VERY LARGE PAINTING. THE PAINTING WAS OF A MAN WHO RESEMBLED NEWSOM, WEARING A BUSINESS SUIT AND HOLDING A STUFFED BUNNY RABBIT. THE MAN LOOKED VERY EXCITED AND SMILING DEEPLY HOLDING THE HANDS OF 2 CHILDREN. IT APPEARED TO BE 5 CHILDREN IN THE PAINTING. THE MAN'S RIGHT LEG WAS LIFTED AND BENT AT THE KNEE. (SEE ATTACHED REFERENCE PAINTING.) THE PAINTING IS ESTIMATED TO BE 10 FEET TALL AND 7 FEET WIDE. OBSERVING THE PAINTING GAVE ME AN AWKWARD VIBE & FEELING.

I LEFT THE SEATING AREA AND APPROACHED THE HALL OF WOMEN'S STILL LAUGHING AND SCREAMING. ALMOST INSTANTLY BY HEARING THE MEN SPEAK I KNEW THEY WERE HOMOSEXUAL. THE MEN WERE SPEAKING VERY FEMININE AND SEEMED TO BE INTOXICATED. I SAID A FEW THINGS TO THE SAMOAN WOMAN, WHO ALLOWED ME INSIDE BUT FELT VERY OUT OF PLACE AND UNCOMFORTABLE BEING AROUND THE HOMOSEXUALS. I LEFT THE AREA, TO A LOWER LEVEL OF THE ESTABLISHMENT.

I SAT IN A COUCH LIKE CHAIR, WHEN A MAN CAME OUT A ROOM AND STARTED VACUUMING THE AREA WHERE I WAS WALKING. THE MAN LOOKED AT ME AND GAVE ME A SIGN WITH HIS EYES LIKE I SHOULDN'T BE THERE. THE GESTURE MADE ME FEEL UNEASY SO I DECIDED TO SCOPE OUT THE PLACE MORE THOROUGHLY. I GOT TO THE RAMP THAT LED TO THE ROOMS WITH THE BROWN DOORS. ALMOST IMMEDIATELY, THE SAMOAN WOMAN

ME ALLOWED ME TO ENTER, AND LET IN ME. SHE ASK WHERE I WAS GOING AND WHY I WASN'T TAKING NO ONE ALONG WITH ME? I WAS CONFUSED ABOUT THE QUESTION, SAYING WHAT ARE YOU THINKING ABOUT? SHE STATED "YOU ARE A NEGUSIM RIGHT". I REPLIED BY SAYING "YES". THE WOMAN THEN SAID, WELL THEN WHY YOU AINT TAKING AND PICKING A CHILD? I WAS STILL CONFUSED ABOUT THE COMMENT, AND SHE MUST OF NOTICED. I REALLY DIDN'T UNDERSTAND WHAT SHE WAS SAYING. SUDDENLY, SHE TOLD ME I DON'T BELONG THERE AND HAD TO LEAVE IMMEDIATELY.

I MADE IT OUT THE ESTABLISHMENT, AND AS SOON AS I TURNED BACK, THERE STOOD A LARGE SAMOAN MALE, ABOUT 6'5", 330 LB. WEARING A BUSINESS SUIT, STANDING AT THE ENTRANCE. HE HAD A MAD LOOK ON HIS FACE AND SAID "GET OUT OF HERE". I DID NOT LIKE THE DEATH THREAT AT ALL SO I HOLLERED "YOU WIN, I DON'T HAVE THE ENERGY, I DON'T TURN DOWN NO FIGHTS (I AM SCARED OF A CHALLENGE)". AFTER THAT, I COMPLETELY LEFT THE SCENE.

I DECLARE BY PENALTY OF PERJURY THAT THE FOREGOING STATEMENT IS TRUE AND CORRECT.

x _____
STAR WITNESS